

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jason Craig Southern,

Vs. No. 11-21-00148-CR

The State of Texas,

\* From the 104th District Court
of Taylor County,
Trial Court No. 22981B.

\* August 12, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Jason Craig Southern's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.